E-filed on **December 30, 2025**

**KEVIN A. DARBY, ESQ.**
Name

**7670 NV**
Bar Code #

**499 W. PLUMB LANE, SUITE 202**
**RENO, NV 89509**
Address

**775-322-1237**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: **BATTLE BORN POOL & SPA LLC**

Case No.: **25-51219-hlb**
Chapter: **11 - Subchapter V**
Trustee:

Debtor

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$34 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __**December 30, 2025**__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ ARIEL THOMAS
ARIEL THOMAS
**Debtor's Signature**
**Date:** December 30, 2025

**Fill in this information to identify the case:**

Debtor name: **BATTLE BORN POOL & SPA LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 25-51219

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $ **345,680.20**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $ **345,680.20**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................  $ **506,469.93**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **331,923.15**

4. **Total liabilities** ...................................................................................................................................  $ **838,393.08**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **BATTLE BORN POOL & SPA LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **25-51219**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**
**P.O. BOX 21126**
**DPN 781**
**PHILADELPHIA, PA 19114**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**     Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**NEVADA DEPARTMENT OF TAXATION**
**3850 ARROWHEAD DRIVE**
**CARSON CITY, NV 89706**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**     Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **BATTLE BORN POOL & SPA LLC**  
Name

Case number (if known) **25-51219**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>AMERICAN EXPRESS<br>PO BOX 60189<br>CITY OF INDUSTRY, CA 91716<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS CREDIT CARD**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,239.16** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>DAVID HARRELL<br>5436 SIDE SADDLE TRAIL<br>RENO, NV 89511<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **BREACH OF CONTRACT/CONSTRUCTION DEFECT**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$50,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>JPMORGAN CHASE<br>PO BOX 6294<br>CAROL STREAM, IL 60197<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **8948** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS CREDIT CARD**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$133,683.99** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>JULIE ROBIK<br>11061 DIAMOND STREAM DR.<br>SPARKS, NV 89441<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **BREACH OF CONTRACT/CONSTRUCTION DEFECT**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$143,000.00** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>PLATTE RIVER INSURANCE COMPANY<br>C/O ANDERSON, MCPHARLIN & CONNERS LLP<br>601 SOUTH SEVENTH STREET<br>LAS VEGAS, NV 89101-6905<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNITY CLAIM**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | CAP SPECIALTY<br>1600 ASPEN COMMONS<br>SUITE 300<br>MIDDLETON, WI 53562 | Line **3.5**<br>☐ Not listed. Explain ____ | **4401** |
| **4.2** | GUNDERSON LAW FIRM<br>ATTN: COURTNEY SWEET, ESQ.<br>3895 WARREN WAY<br>Reno, NV 89509 | Line **3.2**<br>☐ Not listed. Explain ____ | __ |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 3

| Debtor | **BATTLE BORN POOL & SPA LLC** | Case number (if known) | 25-51219 |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **ROBERTSON, JOHNSON, MILLER & WILLIAMSON**<br>**ATTN: RICHARD CAMPBELL**<br>**50 W LIBERTY ST**<br>**SUITE 600**<br>**RENO, NV 89501** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + $ | 331,923.15 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | | 5c.   $ | 331,923.15 |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 3 of 3