KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Telephone: 775.322.1237
Facsimile:  775.996.7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com

Proposed Attorneys for Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO.:   BK-N-25-51219-hlb |
| | Chapter 11 Subchapter V |
| BATTLE BORN POOL & SPA LLC, | **FINANCIAL STATEMENTS PURSUANT TO 11 U.S.C. §1116(1)** |
| Debtor. | |
| _____/ | |

Debtor and Debtor in Possession, BATTLE BORN POOL & SPA LLC, in accordance with 11 U.S.C. §1116(1)(a), hereby submits Debtor's most recent balance sheet and statement of operations. Debtor does not maintain an statement of cash flows.

DATED this 30th day of December, 2025.

DARBY LAW PRACTICE, LTD.

By:    /s/ Kevin A. Darby
       KEVIN A. DARBY, ESQ.
       [Proposed] Counsel for Debtor

# Balance Sheet
## BATTLE BORN POOL & SPA
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Assets** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Construction Checking- 1184 | 0.00 |
| Petty Cash | 2,320.00 |
| Savings - 1168 | 458.93 |
| Savings 1908 | 0.00 |
| Services Checking- 1916 | 47,778.02 |
| **Total for Bank Accounts** | **$50,556.95** |
| **Accounts Receivable** | |
| Accounts Receivable (A/R) | 39,408.34 |
| **Total for Accounts Receivable** | **$39,408.34** |
| **Other Current Assets** | |
| Undeposited Funds | -67,555.00 |
| **Total for Other Current Assets** | **-$67,555.00** |
| **Total for Current Assets** | **$22,410.29** |
| **Fixed Assets** | |
| Accumulated Depreciation | -662,530.00 |
| **Machinery & Equipment** | |
| 2011 International 4400 Truck | 68,748.28 |
| 2023 Manitou Skid Steer Loader | 76,272.69 |
| Skid Steer Parts | 24,787.27 |
| **Total for 2023 Manitou Skid Steer Loader** | **$101,059.96** |
| Excavator | 99,320.95 |
| **Total for Machinery & Equipment** | **$269,129.19** |
| **Vehicles** | |
| 2011 Chevy Silverado | $53,275.08 |
| 2015 Dodge Ram 5500 | 19,291.19 |
| 2018 Chevy Tahoe | 22,180.31 |
| 2020 Dodge Ram 2500 | 0.00 |
| 2021 Ram 1500 | 71,729.40 |
| 2022 Ram 2500 (2door) | 35,931.06 |
| | 53,062.10 |

# Balance Sheet
## BATTLE BORN POOL & SPA
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| 2022 Ram 2500 (4door) | 53,166.38 |
| 2022 Ram 3500 | 0.00 |
| 2023 Chevrolet Colorado | 32,819.83 |
| 2024 GMC Sierra | 90,045.15 |
| 2024 GMC Yukon | 90,112.70 |
| Trailer | 20,161.88 |
| **Total for Vehicles** | **$541,775.08** |
| **Total for Fixed Assets** | **$148,374.27** |
| **Total for Assets** | **$170,784.56** |
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Amex CC (81000) | 6,577.50 |
| Business Chase CC- 3436 | $0.00 |
| A. Ambrose - 9562 | 8,790.13 |
| A. Nelson - 3670 | 108,031.95 |
| A.Nelson - 9248 | 0.00 |
| A. NICHOLS (0463) - 1 | 1,798.80 |
| A. WILLIAMS 5487 | 25,236.38 |
| C. FLORES (0833) | 7,205.05 |
| C WECKERLY (7200) | 0.00 |
| D. Ansony - 2026 | 12,870.74 |
| D. POMPEYO (9637) | 22,655.93 |
| D. WELLS (0936) | 3,717.99 |
| E. NELSON (4733) | 2,621.65 |
| E. PASSOW (0471) - 1 | 0.00 |
| E. Reyes - 7384 | 0.00 |
| J. Gallegos 1540 | 28,836.86 |
| J. Gallegos - 3972 | 20,064.65 |
| J. Gallegos 5004 | 22,582.68 |
| J. Guzman (4434) | 7,353.94 |

# Balance Sheet
## BATTLE BORN POOL & SPA
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| J. Mckay - 2778 | 0.00 |
| J. SZYMKIEWICZ (4194) | 6,049.79 |
| J. THOMAS 0280 | 253,509.69 |
| J. Thomas - 3712 | 754,920.38 |
| J. THOMAS 5479 | 771.68 |
| _MAIN ACCOUNT 3436 | -1,233,442.67 |
| R. Lyon - 7794 | 23,570.86 |
| S. Use - 7892 | 0.00 |
| T. Imperato - 3246 | 0.00 |
| T. IMPERATO (6157) | 3,401.24 |
| **Total for Business Chase CC- 3436** | **$80,547.72** |
| Chase CC- 6050 | 2,412.48 |
| Credit Card (3436) | 0.00 |
| **Total for Credit Cards** | **$89,537.70** |
| Other Current Liabilities | |
| Elevation Capital Loan | 0.00 |
| Samson Funding Loan #205220648 | 0.00 |
| Samson Funding Loan #40523089 | 0.00 |
| Samson Funding Loan #60523457 | 0.00 |
| Samson Funding Loan #60523598 | 0.00 |
| Samson Funding Loan #70523412 | 172,158.82 |
| Samson Funding Loan #90520215 | 0.00 |
| **Total for Other Current Liabilities** | **$172,158.82** |
| **Total for Current Liabilities** | **$261,696.52** |
| Long-term Liabilities | |
| Auto Loans | -$249,924.69 |
| ~~2014 Chevy Silverado~~ | 0.00 |
| ~~2018 Chevy Tahoe~~ | 0.00 |
| 2020 Dodge Ram 2500 | 81,211.31 |
| 2021 Ram 1500 | 40,815.92 |
| 2022 Ram 2500 (2door) | 63,535.97 |
| 2022 Ram 2500 (4door) | 66,195.11 |

Balance Sheet
BATTLE BORN POOL & SPA
As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| 2022 Ram 3500 | 0.00 |
| ~~2023 Chevy Colorado~~ *traded in* | 36,167.57 |
| 2024 GMC Sierra | 89,727.48 |
| 2024 GMC Yukon | 83,233.61 |
| **Total for Auto Loans** | **$210,962.28** |
| Business Backer Loan | -35.00 |
| Machinery & Equipment Loans | |
| 2011 International 4400 Truck | 44,073.73 |
| 2023 Manitou Skid Steer Loader | 48,773.51 |
| Excavator | 48,767.24 |
| **Total for Machinery & Equipment Loans** | **$141,614.48** |
| SBA Loan | 47,600.00 |
| SBA PPP Loan | 200.00 |
| **Total for Long-term Liabilities** | **$400,341.76** |
| **Total for Liabilities** | **$662,038.28** |
| Equity | |
| Opening Balance Equity | 585.12 |
| Owner's Pay | -112,606.45 |
| Retained Earnings | -360,243.71 |
| Net Income | -18,988.68 |
| **Total for Equity** | **-$491,253.72** |
| **Total for Liabilities and Equity** | **$170,784.56** |

# Profit and Loss

## BATTLE BORN POOL & SPA
### January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Billable Expense Income | 31,559.27 |
|   Discounts on Sales | -4,420.43 |
|   Sales | 3,336,799.35 |
|   Uncategorized Income | 11,590.09 |
| **Total for Income** | **$3,375,528.28** |
| Cost of Goods Sold | |
|   Job Supplies / Materials | 825,975.33 |
|   Specialty Suppliers | 856,346.66 |
| **Total for Cost of Goods Sold** | **$1,682,321.99** |
| **Gross Profit** | **$1,693,206.29** |
| Expenses | |
|   Advertising & Marketing | 13,901.53 |
|   Bank Charges & Fees | 946.08 |
|   Car & Truck | |
|     Fuel | 67,532.51 |
|     Parking | 155.24 |
|     Registration | 5,851.32 |
|     Repairs & Maintenance | 43,078.22 |
| **Total for Car & Truck** | **$116,617.29** |
|   Charitable Contributions | 21,246.28 |
|   Contractors | 86,924.59 |
|   Dues & Subscriptions | 2,423.21 |
|   Employee Certification | 3,017.23 |
|   Employee Medical | 921.00 |
|   Engineer Stamps | 250.00 |
|   Equipment Purchased | 8,990.00 |
|   Equipment Rentals | 17,658.88 |
|   Insurance | 75,188.60 |
|   Interest Paid | 15,041.28 |
|   Legal & Professional Services | 46,389.55 |
|   Loan Origination Fees | 435.00 |
|   Meals & Entertainment | 14,567.09 |
|   Merchant Processing Fees | -$256.39 |
|     In-store Processing Fees | 1,600.16 |
|     QuickBooks Payments Fees | 10,772.92 |
| **Total for Merchant Processing Fees** | **$12,116.69** |
|   Misc Expense | 1,500.00 |
|   Office Supplies | 9,537.45 |

# Profit and Loss

## BATTLE BORN POOL & SPA
January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Payroll Expenses | |
|   401k Funding | 10,313.49 |
|   Bonuses | 2,000.00 |
|   Garnishments | 36.00 |
|   Taxes | 3,977.39 |
|   Wages | 729,550.27 |
|   Workers Comp | 27,487.46 |
| **Total for Payroll Expenses** | **$773,364.61** |
| Rent & Lease | 17,400.00 |
| Repairs & Maintenance | 2,857.83 |
| Shipping/Postage | 812.41 |
| Small Tools/Supplies | 7,654.83 |
| Software | 4,889.35 |
| Taxes & Licenses | $1,699.86 |
|   Federal Tax | 1,610.00 |
|   Licenses | 30,293.06 |
| **Total for Taxes & Licenses** | **$33,602.92** |
| Transportation | 8,042.41 |
| Travel | 7,305.22 |
| Uniforms | 1,666.72 |
| Utilities | |
|   Electric/Gas | 1,879.84 |
|   Internet | 1,808.96 |
|   Propane | 4,053.54 |
|   Security Monitoring | 599.88 |
|   Telephone | 5,824.11 |
|   Waste Disposal/Recycling | 17,429.43 |
| **Total for Utilities** | **$31,595.76** |
| **Total for Expenses** | **$1,336,863.81** |
| **Net Operating Income** | **$356,342.48** |
| Other Income | |
|   Cash Back Rewards | 21,336.51 |
|   Interest Earned | 2.12 |
| **Total for Other Income** | **$21,338.63** |
| **Net Other Income** | **$21,338.63** |
| **Net Income** | **$377,681.11** |