E-filed on **February 2, 2026**

**KEVIN A. DARBY, ESQ.**
Name

**7670 NV**
Bar Code #

**499 W. PLUMB LANE, SUITE 202
RENO, NV 89509**
Address

**775-322-1237**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: **BATTLE BORN POOL & SPA LLC**

Case No.: **25-51219-hlb**
Chapter: **11- Subchapter V**
Trustee: _____

Debtor.

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☑ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☐ Add/delete creditor(s), change amount or classification of debt - **$34 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on **February 2, 2026**

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ ARIEL THOMAS
**ARIEL THOMAS**
**Debtor's Signature**
**Date:** February 2, 2026

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BATTLE BORN POOL & SPA LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **25-51219** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **GREATER NEVADA CREDIT UNION** | **CHECKING** | **1916** | **$18,655.70** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                                                         **$18,655.70**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. **SECURITY DEPOSIT WITH LANDLORD** | **$2,500.00** |
   |---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                                                                          **$2,500.00**
   Add lines 7 through 8. Copy the total to line 81.

Debtor    **BATTLE BORN POOL & SPA LLC**                Case number *(If known)*  **25-51219**
            Name

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.  Accounts receivable**

| 11a. 90 days old or less: | 18,079.50 | - | 0.00 | = .... | $18,079.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3.**                                                                                              $18,079.50
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **THREE LAPTOP COMPUTERS** | $0.00 | | $600.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| Debtor | BATTLE BORN POOL & SPA LLC | Case number (If known) 25-51219 |
|---|---|---|
| | Name | |

| 43. | **Total of Part 7.** | **$600.00** |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2018 GMC SIERRA**<br>**VIN: 3551** | $0.00 | Comparable sale | $7,000.00 |
| 47.2. | **2022 RAM 2500**<br>**VIN: 0595** | $0.00 | Comparable sale | $15,000.00 |
| 47.3. | **2022 RAM 2500**<br>**VIN: 6125** | $0.00 | Comparable sale | $16,000.00 |
| 47.4. | **2021 RAM 2-DOOR (DAMAGED)**<br>**VIN: 5056** | $0.00 | | $6,000.00 |
| 47.5. | **2020 RAM 2500**<br>**VIN: 8014** | $0.00 | | $18,000.00 |
| 47.6. | **2024 RAM 5500** | $0.00 | Comparable sale | $30,000.00 |
| 47.7. | **2024 GMC YUKON LX**<br>**VIN: 4601** | $0.00 | Comparable sale | $35,000.00 |
| 47.8. | **2024 GMC SIERRA 1500**<br>**VIN: 9042** | $0.00 | | $15,000.00 |
| 47.9. | **2011 INTERNATIONAL DUMP TRUCK**<br>**VIN: 3799** | $0.00 | Comparable sale | $20,000.00 |
| 47.10. | **2026 GMC SIERRA**<br>**VIN: 3438** | $0.00 | Comparable sale | $40,000.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

Debtor  **BATTLE BORN POOL & SPA LLC**                                    Case number *(If known)* **25-51219**
         Name

| | | | | |
|---|---|---|---|---|
| 47.11. | **2023 MANITOV SKID STEER** **VIN: 2358** | $0.00 | | $20,000.00 |
| 47.12. | **BOBCAT MINI EXCAVATOR** **VIN: 5963** | $0.00 | Comparable sale | $10,000.00 |
| 47.13. | **DUMP TRAILER** | $0.00 | | $2,500.00 |
| 47.14. | **CARGO TRAILER** **VIN: 1869** | $0.00 | Comparable sale | $2,000.00 |
| 47.15. | **2017 CHEVY SILVERADO** **VIN:** | $0.00 | | $5,000.00 |
| 47.16. | **2025 YANMAR TL65 SKIDSTEER** **VIN: 0158** | $0.00 | | $60,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **CANYCOM DUMP BUGGY** | $0.00 | Comparable sale | $4,000.00 |
| **COMPACTOR** | $0.00 | | $500.00 |
| **THREE WHEEL BARROWS** | $0.00 | | $20.00 |
| **COMMERCIAL GRADE POWER WASHER** | $0.00 | Comparable sale | $1,000.00 |
| **POWER WASHER** | $0.00 | Comparable sale | $300.00 |
| **VARIOUS HAND TOOLS, BITS AND SCREWDRIVERS** | $0.00 | | $1,000.00 |
| **TWO PLUG IN HEATERS** | $0.00 | | $25.00 |

51.  **Total of Part 8.**                                                                                          **$308,345.00**

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

| Debtor | BATTLE BORN POOL & SPA LLC | Case number *(If known)* 25-51219 |
|---|---|---|
| | Name | |

■ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **BATTLE BORN POOL & SPA LLC**                          Case number *(If known)*  **25-51219**
　　　　　Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,655.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,079.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $308,345.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $348,180.20 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $348,180.20 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BATTLE BORN POOL & SPA LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 25-51219 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $3,375,528.28 |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $2,526,869.43 |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $2,488,438.61 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  **BATTLE BORN POOL & SPA LLC**                                                         Case number *(if known)*  **25-51219**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **JPMORGAN CHASE** **PO BOX 6294** **CAROL STREAM, IL 60197** | **WITHIN 90-DAYS BEFORE FILING** | **$439,611.17** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **CREDIT CARD PAYMENTS** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DAVID HARREL ETAL v. BATTLE BORN POOL & SPA LLC** **CV-25-01856** | **BREACH CONTRACT/CONSTRUCTION DEFAULT** | **SECOND JUDICIAL DISTRICT COURT OF NEVADA** **75 COURT ST** **RENO, NV 89501** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **JULIE ROBIK V. BATTLE BORN POOLS and ARIEL THOMAS** **CV25-02720** | **CONSTRUCTION DEFECT** | **SECOND JUDICIAL DISTRICT COURT OF NEVADA** **75 COURT ST** **RENO, NV 89501** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

Debtor **BATTLE BORN POOL & SPA LLC**      Case number *(if known)* 25-51219

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

   | | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|---|
   | 9.1. | **HORIZON CHURCH**<br>**1995 E PRATER WAY**<br>**SPARKS, NV 89434** | CASH GIFTS | WITHIN 1-YEAR OF FILING | $24,100.00 |
   | | Recipients relationship to debtor<br>**NONE** | | | |

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **DARBY LAW PRACTICE, LTD.**<br>**499 W. PLUMB LANE, SUITE 202**<br>**RENO, NV 89509** | Attorney Fees and Chapter 11 Filing Fee | 12/23/2025 | $16,738.00 |
    | | Email or website address<br>kevin@darbylawpractice.com | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Official Form 207           **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**           page 3

Debtor **BATTLE BORN POOL & SPA LLC**     Case number *(if known)* **25-51219**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1140 ROCK BLVD.<br>SPARKS, NV 89431 | 01/2020 - 11/2025 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

Name of plan                                            **Employer identification number of the plan**
**BATTLE BORN POOL & SPA 401K**          EIN:  **86-2924097**

Has the plan been terminated?
■ No
☐ Yes

Debtor   **BATTLE BORN POOL & SPA LLC**                      Case number *(if known)* **25-51219**

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **5**

| Debtor | BATTLE BORN POOL & SPA LLC | Case number *(if known)* | 25-51219 |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **KEYSTONE CPAS**<br>**401 RYLAND ST.**<br>**SUITE 300**<br>**RENO, NV 89502** | **2023 - PRESENT** |
| 26a.2. | **RENO BOOKKEEPING PROS**<br>**ATTN RYAN LEVERTY** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **KEYSTONE CPAS**<br>**401 RYLAND ST.**<br>**SUITE 300**<br>**RENO, NV 89502** | |
| 26c.2. | **ARIEL THOMAS**<br>**1924 FRAZER AVE.**<br>**SPARKS, NV 89431** | |

| Debtor | BATTLE BORN POOL & SPA LLC | Case number (if known) | 25-51219 |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **RENO BOOKKEEPING PROS ATTN RYAN LEVERTY** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ARIEL THOMAS** | **1924 FRAZER AVE. SPARKS, NV 89431** | **MANAGING MEMBER** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **ARIEL THOMAS** **1924 FRAZER AVE. SPARKS, NV 89431** | **$114,400** | **WITHIN 1-YEAR OF FILING** | **COMPENSATION FOR EMPLOYMENT** |
| | **Relationship to debtor** **MEMBER AND MANAGER** | | | |
| 30.2. | **JORDAN THOMAS** **1924 FRAZER AVE. SPARKS, NV 89431** | **$114,000** | **WITHIN 1-YEAR OF FILING** | **COMPENSATION FOR EMPLOYMENT** |
| | **Relationship to debtor** **INSIDER/SPOUSE OF MEMBER** | | | |

Debtor   **BATTLE BORN POOL & SPA LLC**　　　　　　　　　　　Case number *(if known)* **25-51219**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

    | **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
    |---|---|
    | | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

    | **Name of the pension fund** | **Employer Identification number of the pension fund** |
    |---|---|
    | | |

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2026**

**/s/ ARIEL THOMAS**　　　　　　　　　　　　　**ARIEL THOMAS**
Signature of individual signing on behalf of the debtor　　Printed name

Position or relationship to debtor   **MANAGING MEMBER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes